MARSHALL SMITH (NV Bar No. 3606)
LAXALT & NOMURA
9600 Gateway Drive
Reno, NV 89521
(775) 322-1170
(775) 322-1865 (Fax)

Attorney for Defendants ARMTech Insurance Services, Inc., Guide One Specialty Mutual Insurance Co., National Mutual Insurance Co., American and Agri-Business Insurance Co.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WINNEMUCCCA FARMS, INC., A Nevada Corporation,

    Plaintiff,

vs.

LANCE ECKERSELL, ECKERSELL GROUP, INC. ARMtech INSURANCE SERVICES, INC., GUIDE ONE SPECIALTY MUTUAL INSURANCE CO., WESTERN NATIONAL MUTUAL INSURANCE CO., AMERICAN AGRI-BUSINESS INSURANCE CO., and DOES 1-30, inclusive.

    Defendants,
_____ /
AND RELATED COUNTERCLAIMS
AND CROSS-CLAIMS
_____ /

Case No.: 3:05-CV00385-RAM

## NOTICE OF SUBSTITUTION OF ATTORNEYS

    Sam Bruce of ARMTech Insurance Services, Inc., on behalf of Defendants, ARMTech INSURANCE SERVICES, INC., GUIDE ONE SPECIALTY MUTUAL INSURANCE CO., WESTERN NATIONAL MUTUAL INSURANCE CO., and AMERICAN AGRI-BUSINESS INSURANCE CO hereby substitutes

1  Laxalt & Nomura, Ltd., 9600 Gateway Drive, Reno, NV 89502, Telephone (775)322-1170, as
2  their Attorneys of Record in the place and stead of the Smith Law Firm.
3
4  DATED: 1-17-2011                    /s/ Sam Bruce
5                                      (Signature of Party)
                                       SAM BRUCE
6                                      ARMtech INSURANCE SERVICES, INC.,
7                                      GUIDE ONE SPECIALTY MUTUAL
                                       INSURANCE CO., WESTERN NATIONAL
8                                      MUTUAL INSURANCE CO., AMERICAN
                                       AGRI-BUSINESS INSURANCE CO
9  I consent to the above substitution
10
11
   I am duly admitted to practice in this District.
12 Above Substitution accepted.
13 DATED: 1/18/11           LAXALT & NOMURA, LTD.
14
15                          By: /s/ Marshall Smith
16                          MARSHALL SMITH, ESQ.
                            Nevada Bar No. 3606
17                          9600 Gateway Drive
                            Reno, Nevada 89521
18
19
   Please Check One:  _X_ RETAINED, or _____ APPOINTED BY THE COURT
20
21                    APPROVED:
22
          January 19, 2011
23 DATED:_____        _____
24                              UNITED STATES MAGISTRATE JUDGE
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am an employee of Laxalt & Nomura, and that pursuant to LR5-3 I caused to be electronically filed on this date, a true and correct copy of the **SUBSTITUTION OF ATTORNEYS** with the Clerk of the Court using the CM/ECF system, which will automatically e-serve the same on the attorneys of record set forth below.

Addressed as follows:

David C. McElhinney and Scott S. Hoffman
LEWIS AND ROCCA, LLP
Bank of America Plaza
50 W. Liberty St, Ste 410
Reno, NV 89501
Attorneys for Defendant's Lance Eckersell and Eckersell Group, Inc.

Pat Lundvall
MCDONALD CARANO WILSON, LLP
100 W. Liberty St., 10th Floor
P.O. Box 2670
Reno, NV 89505

DATED: */s/ Deborah Penhale*

LAXALT & NOMURA, LTD.
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521