1  PAT LUNDVALL (NSBN 3761)
   McDONALD CARANO WILSON LLP
2  100 West Liberty Street, 10th Floor
   P.O. Box 2670
3  Reno, Nevada 89505-2670
   lundvall@mcdonaldcarano.com
4  Telephone: (775) 788-2000
   Facsimile: (775) 788-2020
5
   Attorneys for Plaintiff/Counter-Defendant
6  Winnemucca Farms, Inc.

```
┌─────────────────────────────────────────┐
│ √   FILED            ___  RECEIVED        │
│ ___ ENTERED          ___  SERVED ON       │
│              COUNSEL/PARTIES OF RECORD    │
│   ┌───────────────────────────┐           │
│   │        MAY 2 5 2011        │           │
│   └───────────────────────────┘           │
│       CLERK US DISTRICT COURT             │
│        DISTRICT OF NEVADA                 │
│ BY: _____  DEPUTY         │
└─────────────────────────────────────────┘
```

7

8              UNITED STATES DISTRICT COURT

9                 DISTRICT OF NEVADA

10                  * * * * * * * *

| | |
|---|---|
| 11  WINNEMUCCA FARMS, INC., a Nevada Corporation, | CASE NO.:   3:05-CV-00385-RAM |
| 12 | |
| 13                 Plaintiff,  vs. | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| 14  LANCE ECKERSELL, ECKERSELL GROUP, INC., ARMtech INSURANACE SERVICES, INC., GUIDEONE SPECIALTY MUTUAL INSURANCE CO., WESTERN NATIONAL MUTUAL INSURANCE CO., AMERICAN AGRI-BUSINESS INSURANCE CO., and DOES 1-30, inclusive, | |
| 19                 Defendants. | |
| 20  ARMtech INSURANCE SERVICES, INC., GUIDEONE SPECIALTY MUTUAL INSURANCE CO., WESTERN NATIONAL MUTUAL NSURANCE CO., and AMERICAN AGRI-BUSINESS INSURANCE CO., | |
| 23 | |
| 24                 Counter Claimants,  vs. | |
| 25  WINNEMUCCA FARMS, INC., a Nevada corporation, | |
| 27                 Counter-Defendant, | |
| 28 | |

Plaintiff/Counter-Defendant WINNEMUCCA FARMS, INC., and Defendants LANCE ECKERSELL, and ECKERSELL GROUP, INC., and Defendants/Counter-Claimants ARMtech INSURANCE SERVICES, INC., GUIDEONE SPECIALITY MUTUAL INSURANCE CO., WESTERN NATIONAL MUTUAL INSURANCE CO., and AMERICAN AGRI-BUSINESS INSURANCE CO. stipulate and agree to dismiss with prejudice any and all claims by and among them in the above-referenced actions, with each party to bear their own costs and attorneys' fees.

IT IS FURTHER STIPULATED that the Court may retain jurisdiction over this matter to enforce any issue concerning enforcement of the Settlement Agreement and Release between the parties.


Dated:  May 24, 2011          By:    /s/ Pat Lundvall

Pat Lundvall
McDonald Carano Wilson LLP
100 W. Liberty Street, 10th Floor
Reno, Nevada 89505

Attorney for Plaintiff/Counter-Defendant
WINNEMUCCA FARMS, INC.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

Dated: May 24, 2011  By:  /s/ Scott Hoffman

2

Lewis and Roca, LLP
Bank of America Plaza

3

50 W. Liberty St., Suite 410
Reno, NV 89501

4

Attorney for Defendants Lance Eckersell and

5

the Eckersell Group, Inc.

6

7

Dated:  May 24, 2011  By:  /s/ Marshall S. Smith

Marshall S. Smith

8

Laxalt & Nomura
9600 Gateway Drive
Reno, NV 89521

9

10

Attorney for Defendants/Counter-Claimants
ARMtech Insurance Services Inc., Guideone
Specialty Mutual Insurance Co., Western

11

National Mutual Insurance Co., and American
Agri-Business Insurance Co.

12

13

## ORDER AND RETENTION OF JURISDICTION

14

  IT IS ORDERED that the above-referenced matter is dismissed with prejudice,

15

with each party to bear their own attorneys' fees.  The Court shall retain jurisdiction over

16

this matter to enforce any issue concerning enforcement of the parties' Settlement

17

Agreement and Release.

18

19

20

Dated: May 25, 2011

UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am an employee of McDonald Carano Wilson [LLP] and that pursuant to LR 5-3 I caused to be electronically filed on this date, a true and correct copy of the STIPULATION FOR DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system, which will automatically e-serve the same on the attorneys of record set forth below.

David C. McElhinney and Scott S. Hoffmann
LEWIS AND ROCA, LLP
Bank of America Plaza
50 West Liberty Street, Suite 410
Reno, Nevada 89501
*Attorneys for Defendants Lance Eckersell and Eckersell Group, Inc.*

Marshall S. Smith
Laxalt & Nomura
9600 Gateway Dr.
Reno, Nevada 89521
*Attorney for Defendants ARMtech Insurance Services Inc.,*
*Guideone Specialty Mutual Insurance, Co.,*
*Western NatiOnal Mutual Insurance Co. and*
*American Agri-Business Insurance Co.*


DATED:  this 24th day of May, 2011


By:    _____/s/Sally Wexler_____
       Sally Wexler